# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 24, 2013

*By the Court:*

| | |
|---|---|
| No.: 12-3293 | SIERRA CLUB,<br>Petitioner<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>Respondents<br><br>and<br><br>GEORGIA-PACIFIC CONSUMER PRODUCTS LP and WISCONSIN PUBLIC SERVICE CORPORATION,<br>Intervenors |
| **Originating Case Information:** | |
| Agency Case No: EPA-R05-OAR-2012-0059<br>Environmental Protection Administration | |

The following is before the court: **JOINT STATUS REPORT ND PROPOSAL FOR FURTHER PROCEEDINGS**, filed on July 8, 2013, by counsel for the parties.

Proceedings in this appeal will remain suspended pending a decision by the Supreme Court in *EME Homer City Generation, L.P. v EPA*, 696 F.3d 7 (D.C. Cir. 2011), *cert. granted*, 81 U.S.L.W. 3567 (U.S. June 24, 2013). The parties shall file a status report within 14 days of a decision by the Supreme Court.

form name: **c7_Order_BTC**(form ID: **178**)