# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 14, 2014

*By the Court:*

| | |
|---|---|
| No.: 12-3293 | SIERRA CLUB,<br>Petitioner<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>Respondents<br><br>and<br><br>GEORGIA-PACIFIC CONSUMER PRODUCTS LP and WISCONSIN PUBLIC SERVICE CORPORATION,<br>Intervenors |
| **Originating Case Information:** | |
| Agency Case No: EPA-R05-OAR-2012-0059<br>Environmental Protection Administration | |

The following is before the court: **JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL 60-DAY ABEYANCE**, filed on May 13, 2014, by counsel for the parties.

Proceedings in this appeal will remain **SUSPENDED** while the parties assess the Supreme Court's decision in *EPA v. EME Homer City Generation, L.P. v EPA*, 134 S.Ct. 1584. The parties shall file a status report by July 15, 2014.