# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 24, 2014

Before

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No.: 12-3293 | SIERRA CLUB,<br>Petitioner<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br> Respondents<br><br>and<br><br>GEORGIA-PACIFIC CONSUMER PRODUCTS LP and WISCONSIN PUBLIC SERVICE CORPORATION,<br> Intervenors |

| **Originating Case Information:** |
|---|
| Agency Case No: EPA-R05-OAR-2012-0059<br>Environmental Protection Administration |

The following is before the court: **JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL 60-DAY ABEYANCE**, filed on July 15, 2014, by counsel for the parties.

The request for an additional 60 days' delay is **DENIED**. The parties have not explained why any additional delay in this case is justified, now that the Supreme Court has issued its decision in *EME Homer City*. The court will set a briefing schedule by separate order.